# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MICHIGAN

DENARD ROBINSON; BRAYLON EDWARDS; MICHAEL MARTIN; SHAWN CRABLE, Individually and on behalf of themselves and former University of Michigan football players similarly situated,

    Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION aka "NCAA"; BIG TEN NETWORK "aka" BTN, and THE BIG TEN CONFERENCE, INC.,

    Defendants.

Hon. Terrence G. Berg

Magistrate Judge Kimberly G. Altman

Case No. 2:24-12355-TGB-KGA

---

| | |
|---|---|
| Rakesh N. Kilaru<br>**WILKINSON STEKLOFF LLP**<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone: (202) 847-4000<br>Facsimile:  (202) 847-4005<br>rkilaru@wilkinsonstekloff.com<br><br>*Counsel for Defendant National Collegiate Athletic Association* | James R. Acho (P62175)<br>**CUMMINGS, MCCLOREY, DAVIS & ACHO, PLC**<br>17436 College Parkway, 3rd Floor<br>Livonia, MI 48152<br>Telephone: (734) 261-2400<br>Facsimile:  ( 734) 261-4510<br>jacho@cmda-law.com<br><br>*Counsel for Plaintiffs* |

[Additional Counsel Listed On Signature Page]

## STIPULATION AND ORDER TO ADJUST DEADLINES

Plaintiffs Denard Robinson, Braylon Edwards, Michael Martin, and Shawn Crable, and Defendants National Collegiate Athletic Association, Big Ten Network, and The Big Ten Conference, Inc., (collectively with the Plaintiffs, the "Parties"),

jointly stipulate to an adjustment of deadlines as set forth below:

Whereas, Plaintiffs filed their Complaint (ECF No. 1) on September 17, 2024, naming the NCAA and Big Ten Network as defendants, and the deadline to respond to the Complaint was extended by stipulation to November 20, 2024 (ECF No. 15) and subsequently to December 13, 2024 (ECF No. 21);

Whereas, Plaintiffs filed a First Amended Complaint (ECF No. 24) on December 3, 2024, naming The Big Ten Conference, Inc. as an additional defendant, and, pursuant to the Federal Rules of Civil Procedure, the deadline for the NCAA and Big Ten Network to respond is December 16, 2024, and the deadline for The Big Ten Conference, Inc. to respond, having waived service, is February 3, 2025;

Whereas, on December 13, 2024, Plaintiffs filed a corrected Motion for Class Certification and Appointment of Class Counsel (ECF No. 29);

Whereas, the Defendants intend to file responsive motions seeking to dismiss and/or transfer this matter in response to Plaintiffs' First Amended Complaint;

Whereas, in the interests of efficiency for the Court and the Parties, the Parties, by and through their respective counsel, hereby stipulate to the following deadlines:

- All Defendants shall have up to and including January 13, 2025, to file responsive pleadings to Plaintiffs' First Amended Complaint; Plaintiffs shall have up to and including March 14, 2025, to file any responses in opposition to Defendants' forthcoming motions; the Defendants shall have up to and including April 14, 2025, to file any replies in support of

2

    their forthcoming motions;

- The deadline for all Defendants to respond to Plaintiffs' Motion for Class Certification is suspended pending resolution of the Defendants' forthcoming responsive motions to the First Amended Complaint. The Defendants shall respond to Plaintiffs' Motion for Class Certification, if still applicable, within 30 days after the resolution of Defendants' forthcoming responsive motions.

Upon the consent of the parties the Court being otherwise fully advised: IT IS HEREBY ORDERED that Defendants National Collegiate Athletic Association, Big Ten Network, and The Big Ten Conference, Inc. shall have through January 13, 2025, to respond to the First Amended Complaint (ECF No. 24); Plaintiffs shall have up to and including March 14, 2025, to file any responses in opposition to Defendants' forthcoming motions, and all Defendants shall have up to and including April 14, 2025, to file any replies in support of their forthcoming motions. IT IS FURTHER ORDERED that the deadline for all Defendants to respond to Plaintiffs' Motion for Class Certification is suspended pending resolution of the Defendants' forthcoming responsive motions to the First Amended Complaint. The Defendants shall respond to Plaintiffs' Motion for Class Certification, if still applicable, within 30 days after the resolution of Defendants' forthcoming responsive motions.

**IT IS SO ORDERED.**

Dated:  December 17, 2024                    s/Terrence G. Berg_____
                                             Honorable Terrence G. Berg
                                             United States District Judge

SO STIPULATED:

By: */s/ Rakesh N. Kilaru*                   By: */s/ James R. Acho*
Rakesh N. Kilaru                             James R. Acho (P62175)
Tamarra Matthews Johnson                     Ethan Vinson (P26608)
Calanthe Arat (SBN 349086)                   Kevin Joseph Campbell (P66367)
Matthew Skanchy                              **CUMMINGS, MCCLOREY,**
**WILKINSON STEKLOFF LLP**                   **DAVIS & ACHO, PLC**
2001 M Street NW, 10th Floor                 17436 College Parkway, 3rd
Washington, DC 20036                         Floor
Telephone: (202) 847-4000                    Livonia, MI 48152
Facsimile:  (202) 847-4005                   Telephone: (734) 261-2400
rkilaru@wilkinsonstekloff.com                Facsimile:  (734) 261-4510
tmatthewsjohnson@wilkinsonstekloff.com       jacho@cmda-law.com
carat@wilkinsonstekloff.com                  evinson@cmda-law.com
mskanchy@wilkinsonstekloff.com               kcampbell@cmda-law.com

By: */s/ Jacob K. Danziger*                  *Attorneys for Plaintiffs*
Jacob K. Danziger (P78634)
**ARENTFOX SCHIFF LLP**
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1516
Facsimile:  (734) 222-1501
jacob.danziger@afslaw.com

*Attorneys for Defendant National Collegiate
Athletic Association*

By: */s/ Britt M. Miller*
Britt M. Miller
Daniel T. Fenske
Andrew S. Rosenman
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8663
Facsimile:  (312) 701-7711
bmiller@mayerbrown.com
dfenske@mayerbrown.com
arosenman@mayerbrown.com

*Attorneys for Defendant Big Ten Network*

By: */s/ Britt M. Miller*
Britt M. Miller
Daniel T. Fenske
Andrew S. Rosenman
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8663
Facsimile:  (312) 701-7711
bmiller@mayerbrown.com
dfenske@mayerbrown.com
arosenman@mayerbrown.com

*Attorneys for Defendant The Big Ten Conference, Inc.*