UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DENARD ROBINSON; BRAYLON EDWARDS; MICHAEL MARTIN; SHAWN CRABLE, Individually and on behalf of themselves and former University of Michigan football players similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION aka "NCAA"; BIG TEN NETWORK aka "BTN"; and BIG TEN CONFERENCE,<br><br>            Defendants. | Honorable Terrence G. Berg<br><br>Magistrate Judge Kimberly G. Altman<br><br>No. 2:24-cv-12355-TGB-KGA |

**STIPULATED ORDER FOR SUBSTITUTION OF COUNSEL**

Having come before the Court on the Stipulation of the undersigned, and the Court otherwise being fully advise:

**IT IS HEREBY ORDERED THAT** Bradley R. Hutter of Fafinski Mark & Johnson, P.A., and Louis F. Ronayne and Justin M. Wolber of Varnum LLP, upon submission of their respective appearances, be substituted as attorneys for Defendant Big Ten Network, in the place and stead of Britt M. Miller, Daniel T. Fenske, and Andrew S. Rosenman of Mayer Brown LLP, who shall be removed from the docket as attorneys of record for Defendant Big Ten Network in this action.

This Order does not close the matter.

SO ORDERED.

Dated: January 14, 2025					/s/Terrence G. Berg
							TERRENCE G. BERG
							United States District Judge

SO STIPULATED:

*/s/Britt M. Miller (with consent)*
Britt M. Miller
Daniel T. Fenske
Andrew S. Rosenman
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Phone: (312) 701-8744
Facsimile: (312) 701-7711
bmiller@mayerbrown.com
dfenske@mayerbrown.com
arosenman@mayerbrown.com

*/s/Bradley R. Hutter (with consent)*
* Bradley R. Hutter (MN 0396531)
**FAFINSKI MARK & JOHNSON, P.A.**
One Southwest Crossing
11095 Viking Drive, Suite 420
Eden Prairie, MN 55344
(952) 995-9500
*bradley.hutter@fmjlaw.com*
* Attorney not admitted in this District, co-signing under LR 83.20(i)(l)(D)(i). Attorney application for admission pending.

*/s/ Louis F. Ronayne*
Louis F. Ronayne (P81877)
Justin M. Wolber (P85728)
**VARNUM LLP**

39500 High Pointe Boulevard, Suite 350
Novi, MI 48375
(248) 567-7400
*lfronayne@varnumlaw.com*
*jmwolber@varnumlaw.com*