# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DENARD ROBINSON; BRAYLON EDWARDS; MICHAEL MARTIN; SHAWN CRABLE, Individually and on behalf of themselves and former University of Michigan football players similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION aka "NCAA", BIG TEN NETWORK "aka" BTN, and the BIG TEN CONFERENCE, INC.<br><br>    Defendants. | Case No.: 24-12355<br>Honorable Terrence G. Berg |

_____/

**PLAINTIFFS' SUPPLEMENTAL FILING IN REFERENCE TO DEFENDANTS' MOTION TO TRANSFER VENUE OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS [ECF NO. 39]**

On April 28, 2025, a ruling by Judge Paul A. Engelmayer in the United States District Court for the Southern District of New York rendered Defendants' combined Motion to Transfer Venue (ECF No. 39) in this case moot. Judge Engelmayer's opinion is attached hereto as Exhibit A.

For reasons that do not apply in the instant case before this Court – either factually or legally – the district court in *Chalmers* dismissed the Kansas plaintiffs' amended complaint with prejudice. Therefore, these Plaintiffs respectfully submit that the Defendants' combined Motion to Transfer Venue is hereby moot, and should be dismissed forthwith by this Honorable Court.

                Respectfully submitted,
                **Cummings McClorey Davis & Acho, PLC**
                  */s/James R. Acho*
                  JAMES R. ACHO (P62175)
                  ETHAN VINSON (P26608)
                  KEVIN J. CAMPBELL (P66367)
                **Attorneys for Plaintiffs**
                17463 College Parkway, 3rd Floor
                Livonia, Michigan 48152
Dated:  May 1, 2025        (734) 261-2400 / (734) 261-4510

## PROOF OF SERVICE

I declare under penalty of perjury that on May 1, 2025, I served a copy of the foregoing instrument via electronic filing through the Eastern District of Michigan, Southern Division, efile website. The above statement is true to the best of my knowledge and information.

                /s/ Annamarie L. Moore
                Legal Assistant to James R. Acho