## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DENARD ROBINSON; BRAYLON EDWARDS; MICHAEL MARTIN; SHAWN CRABLE, Individually and on behalf of themselves and former University of Michigan football players similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION aka "NCAA"; BIG TEN NETWORK aka "BTN"; and BIG TEN CONFERENCE,<br><br>      Defendants. | Hon. Terrence G. Berg<br><br>Magistrate Judge Kimberly G. Altman<br><br>Case No. 2:24-12355-TGB-KGA |

## RESPONSE TO PLAINTIFFS' SUPPLEMENTAL FILING

Defendants National Collegiate Athletic Association, The Big Ten Conference Inc., and Big Ten Network, by and through their undersigned counsel, respectfully submit this Response to Plaintiffs' Supplemental Filing, ECF No. 48, to correct Plaintiffs' erroneous assertion that the reasoning set out in Judge Engelmayer's April 28, 2025 Opinion & Order in *Chalmers v. National Collegiate Athletic Association*, No. 1:24-cv-05008 (PAE) (S.D.N.Y. July 1, 2024), ECF No. 127, does not bear on Plaintiffs' claims. Far from it, *Chalmers* is on all fours with this case and strongly reinforces Defendants' arguments in support of dismissal.

Judge Engelmayer's decision in *Chalmers* dismisses with prejudice claims essentially identical to those raised by Plaintiffs here. Not only are Plaintiffs members of the putative class pleaded in *Chalmers*, *see* Mot. to Transfer, ECF No. 39, PageID.484–85, Plaintiffs repeat the same underlying factual allegations and bring legal claims nearly identical to those advanced in *Chalmers*. Indeed, they repeatedly copy-and-paste directly from the *Chalmers* complaint itself. *Id.* at PageID.478–49.

Relevant to the claims raised here, Judge Engelmayer concluded that: (1) the *Chalmers* plaintiffs' claims are time-barred; (2) the settlement agreement in *NCAA Grant-In-Aid Cap Antitrust Litigation* (*Alston*), No. 4:14-md-02541 (N.D. Cal.) forecloses damages claims by the *Chalmers* plaintiffs that were

1

members of the *Alston* settlement class; (3) the *Chalmers* plaintiffs' injunctive relief claims are precluded by *res judicata* as a result of the final judgment in *O'Bannon v. NCAA*, 7 F. Supp. 3d 955 (N.D. Cal. 2014), *aff'd in part, rev'd in part*, 802 F.3d 1049, 1055 (9th Cir. 2015); and (4) the *Chalmers* plaintiffs' unjust enrichment claim is foreclosed for many of the same, as well as additional, reasons. Those defects with the *Chalmers* complaint are identical to the defects with Plaintiffs' Amended Complaint in this case that Defendants have argued require dismissal. *See, e.g.*, Mot. to Dismiss, ECF No. 40, PageID.525–33, 539–40. *Chalmers* thus confirms that Defendants' joint motion to dismiss this case should be granted.

As to Defendants' Motion to Transfer Venue, *see* ECF No. 39, the *Chalmers* decision reinforces that the Southern District of New York can efficiently resolve this case, especially with the benefit of a recent and thoroughly-reasoned opinion from an in-District judge. But this Court can also dismiss the case on the merits for the same reasons.

2

Dated:  May 2, 2025                                     Respectfully submitted,

By: */s/ Britt M. Miller*                               By: */s/ Rakesh Kilaru*
Britt M. Miller                                         Rakesh Kilaru (*pro hac vice*)
Daniel T. Fenske                                        Tamarra Matthews Johnson (*pro hac vice*)
Andrew S. Rosenman                                      Calanthe Arat (*pro hac vice*)
**MAYER BROWN LLP**                                     Matthew Skanchy (*pro hac vice*)
71 South Wacker Drive                                   **WILKINSON STEKLOFF LLP**
Chicago, IL 60606                                       2001 M Street NW, 10th Floor
Telephone: (312) 701-8663                               Washington, DC 20036
bmiller@mayerbrown.com                                  Telephone: (202) 847-4000
dfenske@mayerbrown.com                                  Facsimile: (202) 847-4005
arosenman@mayerbrown.com                                rkilaru@wilkinsonstekloff.com
                                                        tmatthewsjohnson@wilkinsonstekloff.com
*Counsel for The Big Ten*                               carat@wilkinsonstekloff.com
*Conference, Inc.*                                      mskanchy@wilkinsonstekloff.com

By: */s/ Bradley R. Hutter*                             By: */s/ Jacob K. Danziger*
Bradley R. Hutter (MN 0396531)                          Jacob K. Danziger (P78634)
**FAFINSKI MARK & JOHNSON, P.A.**                       **ARENTFOX SCHIFF LLP**
One Southwest Crossing                                  350 S. Main Street, Suite 210
11095 Viking Drive, Suite 420                           Ann Arbor, MI 48104
Eden Prairie, MN 55344                                  Telephone: (734) 222-1516
(952) 995-9500                                          Facsimile: (734) 222-1501
bradley.hutter@fmjlaw.com

Louis F. Ronayne (P81877)                               *Counsel for National Collegiate Athletic*
Justin M. Wolber (P85728)                               *Association*
**VARNUM LLP**
39500 High Pointe Boulevard,
Suite 350
Novi, MI 48375
Telephone: (248) 567-7400
lfronayne@varnumlaw.com
jmwolber@varnumlaw.com

*Counsel for Big Ten Network*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2025, I electronically filed the Response to Plaintiffs' Supplemental Filing with the Clerk of the Court using the CM/ECF system which will send notification on of such filing to all parties and counsel of record.

Dated: May 2, 2025

By: */s/ Rakesh Kilaru*
Rakesh Kilaru
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Counsel for National Collegiate Athletic Association*

4