*Privileged & Confidential*
*Attorney Work Product*

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DENARD ROBINSON; BRAYLON EDWARDS; MICHAEL MARTIN; SHAWN CRABLE, Individually and on behalf of themselves and former University of Michigan football players similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION aka "NCAA"; BIG TEN NETWORK aka "BTN",<br><br>      Defendants. | Hon. Terrence G. Berg<br><br>Magistrate Judge Kimberly G. Altman<br><br>Case No. 2:24-12355-TGB-KGA |

### ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY TAMARRA MATTHEWS JOHNSON

Finding good cause shown, the Motion for Withdrawal of Tamarra Matthews Johnson as counsel of record for Defendant National Collegiate Athletic Association is here **GRANTED.** Attorney Matthews Johnson shall be removed from the docket and all further notifications in this case.

May 7, 2025

                                                  s/Terrence G. Berg
                                                  Terrence G. Berg
                                                  U.S. District Judge