## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DENARD ROBINSON; BRAYLON EDWARDS; MICHAEL MARTIN; SHAWN CRABLE, Individually and on behalf of themselves and former University of Michigan football players similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION aka "NCAA"; BIG TEN NETWORK aka "BTN"; and BIG TEN CONFERENCE,<br><br>　　　　Defendants. | Hon. Terrence G. Berg<br><br>Magistrate Judge Kimberly G. Altman<br><br>Case No. 2:24-12355-TGB-KGA |

## DEFENDANTS' NOTICE
## OF SUPPLEMENTAL AUTHORITY

Defendants National Collegiate Athletic Association, The Big Ten Conference Inc., and Big Ten Network, by and through their undersigned counsel, respectfully submit this Notice of Supplemental Authority in support of their Motion to Dismiss this case, ECF No. 40.

On July 18, 2025, Chief Judge Sarah D. Morrison issued the attached Opinion and Order in *Pryor v. Nat'l Collegiate Athletic Ass'n et al.*, Case No. 2:24-cv-4019 (S.D. Ohio) dismissing essentially identical claims to those brought by Plaintiffs in this action. While Chief Judge Morrison denied the NCAA and Big Ten Conference Inc.'s motion to transfer or, in the alternative, to stay proceedings, like the Court in *Chalmers v. Nat'l Collegiate Athletic Ass'n et al.*, Case No. 1:24-cv-05008 (S.D.N.Y. July 1, 2024), ECF No. 127, Chief Judge Morrison concluded that each of the *Pryor* plaintiff's antitrust and unjust enrichment claims were untimely and not subject to tolling. These defects with the claims brought in *Pryor* are identical to defects Defendants have argued require dismissal of Plaintiffs' Amended Complaint in this case. *See, e.g.*, Mot. to Dismiss, ECF No. 40, PageID.525–29, 539–40. *Pryor* thus confirms that Defendants' joint motion to dismiss this case should be granted.

1

Dated:  July 19, 2025

By: /s/ Britt M. Miller
Britt M. Miller
Daniel T. Fenske
Andrew S. Rosenman
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8663
bmiller@mayerbrown.com
dfenske@mayerbrown.com
arosenman@mayerbrown.com

*Counsel for The Big Ten Conference, Inc.*

By: /s/ Bradley R. Hutter
Bradley R. Hutter (MN 0396531)
**FAFINSKI MARK & JOHNSON, P.A.**
One Southwest Crossing
11095 Viking Drive, Suite 420
Eden Prairie, MN 55344
(952) 995-9500
bradley.hutter@fmjlaw.com

Louis F. Ronayne (P81877)
Justin M. Wolber (P85728)
**VARNUM LLP**
39500 High Pointe Boulevard, Suite 350
Novi, MI 48375
Telephone: (248) 567-7400
lfronayne@varnumlaw.com
jmwolber@varnumlaw.com

*Counsel for Big Ten Network*

Respectfully submitted,

By: /s/ Rakesh Kilaru
Rakesh Kilaru (*pro hac vice*))
Calanthe Arat (*pro hac vice*)
Matthew Skanchy (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

By: /s/ Jacob K. Danziger
Jacob K. Danziger (P78634)
**ARENTFOX SCHIFF LLP**
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1516
Facsimile: (734) 222-1501

*Counsel for National Collegiate Athletic Association*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2025, I electronically filed the Notice of Supplemental Authority with the Clerk of the Court using the CM/ECF system which will send notification on of such filing to all parties and counsel of record.

Dated:  July 19, 2025

By: */s/ Rakesh Kilaru*
Rakesh Kilaru
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Counsel for National Collegiate Athletic Association*

3